# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOLFO THIBES,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 11-6639-MWF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is denied and petitioner's Motion for Leave to Join Additional Parties is granted. Respondents are ordered to answer the First Amended Petition within thirty days of this Order.

DATED: April 19, 2013

                                               HONORABLE MICHAEL W. FITZGERALD
                                               UNITED STATES DISTRICT JUDGE