```
                                              FILED
                                      CLERK, U S. DISTRICT COURT

                                              7/9/2015

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY: _____CW_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOLFO THIBES,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondent. | Case No. CV 11-6639-MWF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment will be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: July 9, 2015

                                  _____
                                  HONORABLE MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE