JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/9/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOLFO THIBES,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Respondent.<br>_____ | Case No. CV 11-6639-MWF (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: July 9, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE